IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| KEVIN CHRISTMAS | : | VIOLATIONS:<br>21 U.S.C. § 841(a)(1), (b)(1)(C) |
| | : | (possession with intent to distribute controlled substances – 1 count) |
| | : | 21 U.S.C. § 924(c)(1) (possession of a firearm in furtherance of a drug |
| | : | trafficking crime – 1 count)<br>18 U.S.C. § 922(g)(1) (possession of a |
| | : | firearm by a felon – 1 count)<br>Notice of Forfeiture |

**INDICTMENT**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

On or about June 27, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**KEVIN CHRISTMAS**

knowingly and intentionally possessed a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, a mixture and substance containing a detectable amount of methylenedioxymethamphetamine, a Schedule I controlled substance, and a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

1

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about June 27, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendant

## KEVIN CHRISTMAS

knowingly possessed a firearm, that is, a Ruger, model EC9s, 9mm caliber pistol, bearing serial number 456-42140, loaded with 10 rounds of ammunition, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count One of this indictment.

In violation of Title 18, United States Code, Section 924(c)(1).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 27, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**KEVIN CHRISTMAS**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Ruger, model EC9s, 9mm caliber pistol, bearing serial number 456-42140, loaded with 10 rounds of ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE 1

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Sections 922(g)(1) and 924(c) set forth in this indictment, defendant

## KEVIN CHRISTMAS

shall forfeit to the United States of America the firearms and ammunition involved in the commission of such offenses, including, but not limited to:

1. a Ruger, model EC9s, 9mm caliber pistol, bearing serial number 456-42140;

2. 10 live rounds of 9mm ammunition;

3. $212 in United States Currency; and

4. any property constituting, or derived from, proceeds obtained directly or indirectly from the commission of such offense.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

## NOTICE OF FORFEITURE 2

THE GRAND JURY FURTHER CHARGES THAT:

1. As a result of the violation of Title 21, United States Code, Section 841(a)(1), set forth in this indictment, defendant

## KEVIN CHRISTMAS

shall forfeit to the United States of America:

    (a) any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations, including but not limited to:

        1. a Ruger, model EC9s, 9mm caliber pistol, bearing serial number 456-42140;

        2. 10 live rounds of 9mm ammunition;

    (b) any property constituting, or derived from, proceeds obtained, directly or indirectly, from the commission of such violations, including but not limited to $212.00.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with a third person;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any property of said defendant up to the value of said property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

**A TRUE BILL:**

███████████████

_____
**JACQUELINE C. ROMERO**
**United States Attorney**

No. _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

KEVIN CHRISTMAS

INDICTMENT

21 U.S.C. § 841(a)(1), (b)(1)(C) (possession with intent to distribute controlled substances – 1 count)
21 U.S.C. § 924(c)(1) (possession of a firearm in furtherance of a drug trafficking crime – 1 count)
18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)



Filed in open _____ day,
of _____

Bail, $ _____