# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|  | : | No. 23-467 |
| v. | : |  |
|  | : |  |
| KEVIN CHRISTMAS | : |  |
|  | : |  |

## ORDER

**AND NOW**, this 12th day of March, 2025, it is **ORDERED** that Defendant's Motion to Suppress Physical Evidence (ECF No. 32) is **GRANTED**.

  s/ANITA B. BRODY, J.
ANITA B. BRODY, J.